UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JIMMIE BAUGH,

    Plaintiff,

v.

JoANNE MILLER, *et al.*,

    Defendants.

Case No. 24-cv-11177
Hon. Matthew F. Leitman

_____/

**ORDER (1) DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION (ECF No. 15); (2) DENYING PLAINTIFF'S AMENDED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (ECF No. 13); AND (3) GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER (ECF No. 20)**

On May 2, 2024, Plaintiff Jimmie Baugh filed a Complaint against Defendants Joanne Miller, the City of Detroit, and the Wayne County Prosecutor's Office. (*See* Compl., ECF No. 1.) Baugh's Complaint contains three counts. Count I of the Complaint asserts a variety of constitutional violations through 42 U.S.C. § 1983. (*See id.*) Counts II and III of the Complaint assert state law claims for malicious prosecution and intentional infliction of emotional distress. (*See id.*) The City of Detroit filed a motion to dismiss Count I of the Complaint. (*See* Mot., ECF No. 5.) The Court granted that motion. (*See* Order, ECF No. 10.)

Now before the Court are Baugh's Amended Motion for Leave to File First Amended Complaint (ECF No. 13) and Motion for Reconsideration (ECF No. 15).

1

The Court held a hearing on those motions on April 10, 2025.  For the reasons stated on the record at the hearing, and for the reasons stated in the City of Detroit's responses to those motions (*see* ECF Nos. 16, 18), the motions are **DENIED**.

Also before the Court is the City of Detroit's Motion for Protective Order. (Mot., ECF No. 20.)   In that motion, the City asks the Court to enter an order precluding Baugh from taking Defendant JoAnn Miller's deposition at this time. (*See id.*)  For the reasons stated on the record during the April 10, 2025, hearing, the motion is **GRANTED**.  Plaintiff shall not take Miller's deposition until further order of the Court.  As the Court indicated at the hearing, the Court will permit Plaintiff to take Miller's deposition once issues related to representation of Miller are resolved.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated:  April 10, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 10, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126
