UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JIMMIE BAUGH,

       Plaintiff,                                       Case No. 24-cv-11177
                                                      Hon. Matthew F. Leitman

v.

JoANNE MILLER, *et al.*,

       Defendants.

_____/

## ORDER CONCERNING DEFENDANT CITY OF DETROIT'S MOTION TO WITHDRAW (ECF No. 11)

This action arises out of alleged constitutional and state law violations committed by Defendants JoAnn Miller, the City of Detroit, and the Wayne County Prosecutor's Office. (*See* Compl., ECF No. 1.)  Attorney Kali M. L. Henderson appeared on behalf of Miller and the City of Detroit.  Now before the Court is Henderson's motion to withdraw from representing Miller. (*See* Mot., ECF No. 11.) The Court held a hearing on the motion on April 10, 2025.  During the hearing, Henderson informed the Court that there had been a complete breakdown in communication between she and Miller.  More specifically, Henderson informed the Court that she has been unable to contact Miller for several months. (*See also* Mot. at ¶ 2, ECF No. 11, PageID.414.)

1

The Court **DIRECTS** Henderson to send this Order to Miller at her last known address by **not later than close of business on April 14, 2025, and to file proof of service on the Court's docket that she has done so**.

If Miller does not respond to Henderson by **April 28, 2025**, the Court will **GRANT** Henderson's motion to withdraw from representing Miller.  The Court notes that if the Court grants Henderson's motion to withdraw, Miller will be expected to retain new counsel or represent herself in this action.  If Miller does not appear to defend this action, Miller faces the risk that the Court will enter a default judgment against her resulting in a potentially substantial amount of liability.

After the time for Miller to respond has expired, Henderson shall file a notice on the docket informing the Court whether she has received a response from Miller.  If Henderson informs the Court that she has not received a response from Miller by April 28, 2025, as noted above, the Court will **GRANT** the motion to withdraw.  If Miller does respond to Henderson by the deadline, the Court will convene a status conference to discuss next steps.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated:  April 10, 2025


 


 


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 10, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126