UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JIMMIE BAUGH,

Plaintiff,

Case No. 24-cv-11177
Hon. Matthew F. Leitman

v.

JoANN MILLER,

Defendant.

______________________________________________________/

# JUDGMENT

In accordance with the orders entered on this day and on November 15, 2024,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendants the City of Detroit and JoAnn Miller and against Plaintiff.

KINIKIA ESSIX
CLERK OF COURT

By: s/Holly A. Ryan
Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: November 19, 2026
Detroit, Michigan